UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 01191**

JUDGE SWEET

|  |  |
|---|---|
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC<br><br>            Plaintiff,<br><br>       -against-<br><br>ALLSTATE HOME LOANS, INC.<br><br>            Defendant | ECF CASE<br><br>Civ. No _____<br><br>Judge _____<br><br>**CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC'S RULE 7.1 STATEMENT** |

RECEIVED FEB 05 2008 U.S.D.C. S.D.N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Credit-Based Asset Servicing and Securitization LLC certifies that the Plaintiff is a wholly owned affiliate of Radian Group Inc. and MGIC Investment Corporation, each of which is a publicly held corporation.

Dated: New York, New York
       February 5, 2008

By: _/s/ John P. Doherty_

John P. Doherty (jdoherty@tpw.com)
Brendan E. Zahner (bzahner@tpw.com)
Two World Financial Center
New York, New York 10281
(212) 912-7400

*Attorneys for Credit-Based Asset Servicing and Securitization, LLC*