AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

CREDIT-BASED ASSET SERVICING AND
SECURITIZATION LLC

V.

ALLSTATE HOME LOANS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08cv1191

TO: (Name and address of defendant)

ALLSTATE HOME LOANS, INC.
8 Hughes Ste. 250
Irvine, CA 92618

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THACHER PROFFITT & WOOD LLP
Richard F. Hans (RH-0110)
John P. Doherty (JD-3275)

Two World Financial Center
New York, New York 10281
(212) 912-7400

an answer to the complaint which is herewith served upon you, within _____TWENTY_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: FEB 0 5 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                                                    Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN P. DOHERTY<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281<br>*Telephone No:* 212.912.7400<br>MMULLER@TPW.COM<br>*Attorney for:* Plaintiff | *For Court Use Only* |
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Southern District Of New York

*Plaintiff:* CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC
*Defendant:* ALLSTATE HOME LOANS, INC.

| **AFFIDAVIT OF SERVICE SUMMONS; COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV1191 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC'S RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON; PROCEDURES FOR ELECTRONIC CASE FILING; GUIDELINES FOR ELECTRONIC CASE FILING; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL

3. a. Party served: ALLSTATE HOME LOANS, INC.
   b. Person served: SHARON COOKE, CLIENT REPRESENTATIVE AUTHORIZED TO ACCEPT SERVICE OF PROCESS, Asian, Female, 26 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 125 Pounds

4. Address where the party was served: 2804 GATEWAY OAKS DR., SUITE 200
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 25, 2008 (2) at: 9:38AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALLSTATE HOME LOANS, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. Craig Lawson

   COUNTY-LEGAL
   1023 H Street, Suite B3
   Sacramento, CA 95814
   (916) 446-4890, FAX (916) 446-4892
   www.county-legal.com  info@county-legal.com

   Fee for Service: $81.25
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   2/25/08
   (Date)

   (Signature)



S. L. NELSON
Commission # 1584685
Notary Public - California
Sacramento County
My Comm. Expires Jun 10, 2009

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires 6-10-09
   (Date)

   Stephanie Nelson
   (Notary Public)

   AFFIDAVIT OF SERVICE
   SUMMONS; COMPLAINT

   jpdny.7674