AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CREDIT-BASED ASSET SERVICING AND
SECURITIZATION LLC

**SUMMONS IN A CIVIL ACTION**

V.

ALLSTATE HOME LOANS, INC.,
SHEARSON FINANCIAL NETWORKS, INC.

CASE NUMBER:   08-CV-1191

TO: (Name and address of Defendant)

SHEARSON FINANCIAL NETWORKS, INC.
2470 St. Rose Parkway
Suite 314
Henderson, Nevada 89074

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THACHER PROFFITT & WOOD LLP
Richard F. Hans
John P. Doherty

Two World Financial Center
New York, New York 10281
Tel.: (212) 912-7400

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAR 17 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/19/2008 |
| NAME OF SERVER (PRINT)<br>Jay L. Stone | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Personally Served Ina Feria for Shearson Financial Networks, Inc., at the address of 2470 St. Rose Pkwy., Ste. 314, Henderson, Nevada 89074.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/21/08
             Date                Signature of Server

Address   *Professional Investigators Inc*

123 N. 9th STREET, LAS VEGAS, NV 89101
(702) 383-4005 (FAX) 383-0102

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

State of Nevada      )
                     ) ss.
County of Clark      )

## AFFIDAVIT OF SERVICE

**JAY L. STONE,** being duly sworn deposes and says:

1. That at all times herein, your affiant is a citizen of the United States, over 18 years of age and not a party to nor interested within the action in which this affidavit is made. That your affiant is an employee of Professional Investigators Inc., which is licensed by the state of Nevada to serve legal process, License No.: 657-A.

2. That on the 18 day March of 2008, your affiant received a copy of a United States District Court, Southern District of New York: Summons in a Civil Action and First Amended Complaint to be served on Shearson Financial Networks, Inc. at the address of 2470 St. Rose Pkwy., Ste. 314 Henderson Nevada 89074.

3. That on the 19 day MARCH of 2008 your affiant served the United States District Court, Southern District of New York: Summons in a Civil Action and First Amended Complaint on Shearson Financial Networks, Inc. by personally leaving it with Ina Fenia for Shearson at the address of 2470 St. Rose Pkwy., Ste. 314 Henderson Nevada 89074.

4. That your affiant swears under the penalty of New York that the foregoing statement is true and correct.

Affiant JAY L. STONE

Subscribed and Sworn before me this
The 20th day March of 2008.

Notary Public
County of Clark
State of Nevada

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
TIMOTHY DILLARD
Appt. No. 99-57559-1
My Appt. Expires Aug. 22, 2011