| Attorney or Party without Attorney:<br>JOHN P. DOHERTY<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281<br>Telephone No: 212.912.7400<br>MMULLER@TPW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of New York

Plaintiff: CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC
Defendant: ALLSTATE HOME LOANS, INC.

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV1191 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the FIRST AMENDED COMPLAINT.

3. a. Party served:  ALLSTATE HOME LOANS, INC.
   b. Person served: VAL MCCOY, AUTHORIZED TO ACCEPT SERVICE OF PROCESS, White, Female, 27 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches, 135 Pounds

4. Address where the party was served:  2804 GATEWAY OAKS DRIVE, SUITE 200
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 18, 2008 (2) at: 2:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALLSTATE HOME LOANS, INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. Craig Lawson

   COUNTY-LEGAL
   1023 H Street, Suite B3
   Sacramento, CA 95814
   (916) 446-4890, FAX (916) 446-4892
   www.county-legal.com   info@county-legal.com

   3/18/08
   (Date)

   Fee for Service:   $78.50
   I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

   (Signature)



S. L. NELSON
Commission # 1584685
Notary Public - California
Sacramento County
My Comm. Expires Jun 10, 2009

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  6-10-09
   (Date)

   AFFIDAVIT OF SERVICE   Stephanie Nelson
   (Notary Public)

   jpdny.7877