UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC,

      Plaintiff,

-against-

ALLSTATE HOME LOANS, INC. and SHEARSON FINANCIAL NETWORK, INC.,

      Defendants.

ECF CASE

Civ. No. 08-1191 (RWS)

**AFFIDAVIT OF CHRISTOPHER A. LYNCH IN SUPPORT OF REQUEST FOR <u>CERTIFICATE OF DEFAULT</u>**

---

STATE OF NEW YORK   )
          ) ss.:
COUNTY OF NEW YORK  )

  Christopher A. Lynch, being duly sworn, deposes and says:

  1.  I am an attorney admitted to practice in this Court and an associate with THACHER PROFFITT & WOOD LLP, attorneys for Plaintiff, Credit-Based Asset Servicing and Securitization LLC ("Plaintiff") in the above-captioned matter.

  2.  I submit this affidavit in support of Plaintiff's application for a Default Judgment against Allstate Home Loans, Inc. ("Defendant").

  3.  On February 5, 2008, the above-captioned action ("Action") was commenced with the filing of the Complaint.

  4.  On February 25, 2008, a copy of the Summons and Complaint was properly served on Defendant at 2804 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833. Proof of such service was filed with the Clerk on March 4, 2008.

  5.  Defendant failed to plead or otherwise respond to the Complaint.

  6.  On March 17, 2008, Plaintiff filed its First Amended Complaint.

7. On March 18, 2008, a copy of the First Amended Complaint was properly served on Defendant at 2804 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833. Proof of such service was filed with the Clerk on March 31, 2008.

8. Defendant failed to plead or otherwise respond to the First Amended Complaint.

9. The time within which Defendant was permitted to file an answer to the First Amended Complaint or otherwise move has now expired and has not been extended.

10. Defendant is not an infant, in the military, or an incompetent person.

By: _____
CHRISTOPHER A. LYNCH

Sworn to before me this
9th day of April 2008

_____
Notary Public

CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC,<br><br>        Plaintiff,<br><br>   -against-<br><br>ALLSTATE HOME LOANS, INC. and SHEARSON FINANCIAL NETWORK, INC.,<br><br>        Defendants. | ECF CASE<br><br>Civ. No. 08-1191 (RWS)<br><br>**CLERK'S CERTIFICATE** |

  I., J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 5, 2008 with the filing of the Complaint; a copy of the Summons and Complaint was properly served on Defendant Allstate Home Loans, Inc. at 2804 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833 on February 25, 2008; proof of such service was filed with the Clerk on March 4, 2008; Plaintiff filed its First Amended Complaint on March 17, 2008; a copy of the First Amended Complaint was properly served on Defendant at 2804 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833 on March 18, 2008; proof of such service was filed with the Clerk on March 31, 2008.

  I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
   _April 9, 2008_

                  J. MICHAEL MCMAHON
                  Clerk of the Court

             By: _____
                 Deputy Clerk