UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CREDIT-BASED ASSET SERVICING AND
SECURITIZATION LLC

                Plaintiff,

-against-

ALLSTATE HOME LOANS, INC. and
SHEARSON FINANCIAL NETWORK, INC.,

                Defendants.

ECF CASE

Civ. No. 08-1191 (RWS)

**AFFIDAVIT OF CHRISTOPHER A. LYNCH IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

---

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

      Christopher A. Lynch, being duly sworn, deposes and says:

      1.     I am an attorney admitted to practice in this Court and an associate with THACHER PROFFITT & WOOD LLP, attorneys for Plaintiff, Credit-Based Asset Servicing and Securitization LLC ("Plaintiff") in the above-captioned matter.

      2.     I submit this affidavit in support of Plaintiff's application for a Default Judgment against Shearson Financial Network, Inc. ("Defendant").

      3.     On February 5, 2008, the above-captioned action ("Action") was commenced with the filing of the Complaint against defendant Allstate Home Loans, Inc.

      4.     On March 17, 2008, Plaintiff filed its First Amended Complaint and a Summons was issued for Defendant.

      5.     On March 19, 2008, a copy of the Summons and First Amended Complaint was properly served on Defendant at 2470 St. Rose Pkwy., Ste. 314, Henderson, Nevada 89074. Proof of such service was filed with the Clerk on March 31, 2008.

      6.     Defendant has failed to plead or otherwise defend this Action.

7. The time within which Defendant was permitted to file an answer to the First Amended Complaint or otherwise move has now expired and has not been extended.

8. Defendant is not an infant, in the military, or an incompetent person.

By: _____
CHRISTOPHER A. LYNCH

Sworn to before me this
9th day of April 2008

_____
Notary Public

CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC<br><br>       Plaintiff,<br><br>    -against-<br><br>ALLSTATE HOME LOANS, INC. and SHEARSON FINANCIAL NETWORK, INC.,<br><br>       Defendants. | ECF CASE<br><br>Civ. No. 08-1191 (RWS)<br><br>**CLERK'S CERTIFICATE** |

  I., J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 5, 2008 with the filing of the Complaint against defendant Allstate Home Loans, Inc.; on March 17, 2008 the First Amended Complaint was filed and a Summons was issued for Defendant Shearson Financial Network, Inc.; a copy of the Summons and First Amended Complaint was served on Defendant Shearson Financial Network, Inc. on March 19, 2008 by personally serving Defendant at 2470 St. Rose Pkwy., Ste. 314, Henderson, Nevada 89074; and proof of such service was filed on March 31, 2008.

  I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York

    _April 9, 2008_

                   J. MICHAEL MCMAHON
                     Clerk of the Court

                By: _____
                    Deputy Clerk