UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CREDIT-BASED ASSET SERVICING AND
SECURITIZATION LLC

            Plaintiff,

-against-

ALLSTATE HOME LOANS, INC. and
SHEARSON FINANCIAL NETWORK, INC.,

            Defendants.

ECF CASE

Civ. No. 08-1191 (RWS)

## DEFAULT JUDGMENT

This action having been commenced on February 5, 2008 with the filing of the Complaint against defendant Allstate Home Loans, Inc.; on February 25, 2008, a copy of the Summons and Complaint was properly served on Defendant at 2804 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833; on March 17, 2008 the First Amended Complaint was filed; a copy of the First Amended Complaint was served on Defendant Allstate Home Loans, Inc. on March 18, 2008 by personally serving Defendant at 2804 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833; proof of such service was filed on March 31, 2008; and the Defendant not having answered the First Amended Complaint, and the time for answering the First Amended Complaint having expired, it is

**ORDERED** that Plaintiff have judgment against Defendant in the liquidated amount of $2,065,090.35 and attorneys' fees and costs in the amount of $14,972.51, amounting in all to $2,080,062.86, plus interest as set forth in the Purchase Agreement[1]; and it is further

**ORDERED** that within thirty (30) days following payment in full of the amount awarded by the Default Judgment, as set forth in the Purchase Agreement, Plaintiff shall return to Defendant the

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Complaint.

Mortgage Loans or alternatively, where applicable, any REO property related to a Mortgage Loan, or the proceeds thereof if the REO Property has been liquidated

Dated: New York, New York
4.25.08

*Sweet*

**United States District Judge**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____